# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:11CR268 |
| vs. | ) | ORDER |
| **EDWIN WILKE,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Edwin Wilke to continue trial (Filing No. 34). Upon consideration, the motion is denied.

**IT IS SO ORDERED.**

DATED this 29th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge