IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>EDWIN W. WILKE, JR.,<br><br>                Defendant. | **8:11CR268**<br><br>**ORDER** |

This matter is before the Court on defendant's motion to withdraw his motion for compassionate release. Filing No. 59. The Court having reviewed the request finds it should be granted.

THEREFORE, IT IS ORDERED THAT defendant's motion for withdrawal of his motion for compassionate release, Filing No. 59, is granted.

Dated this 12th day of June, 2020.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge